**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CARLOTZ, INC. STOCKHOLDER DERIVATIVE LITIGATION | CONSOLIDATED<br>Civil Action No. 1:21-cv-01332-CFC |

**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims in the above-captioned consolidated action (the "Action"). No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or counsel for Plaintiffs, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 28, 2023

Respectfully submitted,

**COOCH AND TAYLOR P.A.**

By: */s/ Blake A. Bennett*
Blake A. Bennett (5133)
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
Phone (302) 984-3800

**LIFSHITZ LAW PLLC**
Joshua M. Lifshitz
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

**BIELLI & KLAUDER, LLC**

By: */s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
1204 N. King Street
Wilmington, DE 19801

Telephone: (302) 803-4600
Facsimile: (302) 397-2557
Email: rernst@bk-legal.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel.: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: egleston@gme-law.com

*Co-lead Counsel for Plaintiffs*

SO ORDERED:

Dated: ________________________, 2023

______________________________________
HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE